FILED

JUL 0 8 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:19-cr-16 |
| | ) | |
| v. | ) | Criminal No.　　Erie |
| | ) | |
| MATTHEW E. POESE | ) | (18 U.S.C. §§ 2252(a)(4)(B) and |
| | ) | and 2252(b)(2)) |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

From in and around November 2018, to in and around June 2019, in the Western District of Pennsylvania, the defendant, MATTHEW E. POESE, did knowingly possess and access with intent to view visual depictions, namely, visual images in individual computer files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict minors engaged in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of a cell phone.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1. The United States Attorney re-alleges and incorporates by reference the allegation contained in Count One of this Information for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. As a result of the commission of the violation charged in Count One of this Information, the defendant, MATTHEW E. POESE, did use the following to commit or to promote the commission of said violation (hereinafter collectively referred to as the "Subject Property"):

   (a) Google Pixel phone.

   (b) Western Digital 2TB external hard drive, bearing serial number WCAVY5546305.

   (c) Synology NAS (network area storage), bearing serial number 1830Q8N376303

WHEREFORE, the government seeks forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2253(a)(3).

*[signature]*

SCOTT W. BRADY
United States Attorney
PA ID No. 88352

2