IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-cr-16 |
| v. | Criminal No.                    Erie |
| MATTHEW E. POESE | |

## ARRAIGNMENT PLEA

Defendant Matthew E. Poese

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)