# CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____    Erie   X  ____    Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4.  X  Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Matthew E. Poese

Is indictment waived:    X  Yes    ____ No

Pretrial Diversion:    ____ Yes    X. No

Juvenile proceeding:    ____ Yes    X  No

Defendant is:    X  Male    ____ Female

Superseding indictment or information    ____ Yes    X  No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Erie

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | ____ is in custody     X  is not in custody |
| Name of Institution: | _____ |
| Custody is on: | ____ this charge     ____ another charge |
| | ____ another conviction |
| | ____ State     ____ Federal |
| Detainer filed: | ____ Yes     ____ no |
| Date detainer filed: | _____ |
| Total defendants: | 1 |
| Total counts: | 1 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Matthew E. Poese |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | Possession of material depicting the sexual exploitation of a minor | X | |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

_____
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013