IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19cr00016 |
| | ) | **Electronic Filing** |
| MATTHEW E. POESE | ) | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After reviewing this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

_2 Aug 2019_
Date:

_/s/ signature_
Defendant

_/s/ signature_
Counsel for Defendant

Before  s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge