IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-16 E |
| MATTHEW E. POESE | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this _____ day of _____, 2020, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3), free and clear of all right, title and interest of any person or entity, including, without limitation, Matthew E. Poese:

    a. a Google Pixl phone;
    b. a Western Digital 2TB external hard drive, Serial No. WCAVY5546305; and
    c. a Synology NAS (network area storage), Serial No. 1830Q8N376303.

_____
United States District Court Judge