IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
MAR 19 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America )
    vs. ) Criminal Number **19-16E**
)
**MATTHEW E. POESE** )

The above named defendant satisfied the judgment of **DECEMBER 9, 2019**
By paying on **MARCH 4, 2020** the full balance due on court ordered:

    _____ASSESSMENT

    \_\_\_X\_\_\_FINE

    _____RESTITUTION

    _____JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____      MAR 19 2020
Deputy Clerk                   Date